```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/01/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOMINIKA WOJDAT,

        Plaintiff,

-against-

P3 GLOBAL MANAGEMENT, INC,

        Defendant.

1:19-cv-10339-mkv

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court has been advised that the parties in this case have reached a settlement in principle. The parties are advised that all existing deadlines and dates **remain in effect** unless and until the parties submit a stipulation of settlement and dismissal to the Court or, pending final execution of a settlement, request dismissal without prejudice to restoring the action to the Court's calendar within thirty days.

**SO ORDERED.**

**Dated: October 1, 2020**
      **New York, New York**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**