USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOMINIKA WOJDAT,

                Plaintiff,

-against-

P3 GLOBAL MANAGEMENT, INC.,

                Defendant.

1:19-cv-10339

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

    It having been reported to this Court by the parties that the parties have agreed upon terms of settlement in principle and are close to finalizing, and thereafter executing, requisite settlement documents [*see* ECF No. 32], IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **November 16, 2020**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date: October 16, 2020**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**